UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| THERESA MUNROE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-cv-171-SNLJ |
| GILSTER-MARY LEE CORPORATION, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff Theresa Munroe brought this negligence lawsuit against defendants Gilster-Mary Lee Corporation ("Gilster") and Gilster's employee, Howard M. Baker, Jr., for injuries sustained in a vehicle accident. Defendants have moved for physical examination of plaintiff pursuant to Federal Rule of Civil Procedure 35. The motion being unopposed, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion [Doc. 23] is GRANTED.

Dated this <u>11th</u> day of September, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE